IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

---

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

EDWARD J. REISENAUER,

Plaintiff,

v.

SOO LINE RAILROAD COMPANY,

Defendant.

Civil Action, File Number: 00-1235 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

---

The above-entitled action, having been compromised and settled between the parties, the same may be, and hereby is dismissed with prejudice, on the merits and without costs or disbursements to any party; and any party hereby may forthwith and without notice apply to the court on this Stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 11/29, 2007.

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By ______________________
Michael S. Polk, #87397
1640 S. Frontage Road, Suite 200
Hastings, MN 55033
(651) 437-3148

H. Seward Lawlor, Esq.
GLASSER AND GLASSER, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510

SCANNED
DEC 21 2007
U.S. DISTRICT COURT MPLS

Willard J. Moody, Jr., Esq.
MOODY, STROPLE, KLOEPPEL, BASILONE
AND HIGGINBOTHAM, INC.
Suite 300, 500 Crawford Street
P.O. Box 1138
Portsmouth, VA 23705

*Attorneys for Plaintiff*

Dated: 12/5, 2007.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By ______________________
Timothy K. Masterson, #203294
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

*Attorneys for Defendant*
*Soo Line Railroad Company*

**ORDER**

On reading and filing the above and foregoing Stipulation:

IT IS HEREBY ORDERED and adjudged that the claims of plaintiff against defendant brought under the above-entitled action be and the same are hereby dismissed on the merits and without costs.

LET JUDGMENT BE ENTERED ACCORDINGLY,

DATED: 12/12/2007

BY THE COURT

______________________
JAMES T. GILES
JUDGE OF U.S. DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

J.

s:\reisenauer, ed\pleadings\stip dism.doc\tw

**SPENCE, RICKE, SWEENEY & GERNES, P.A.**

Suite 600, Degree of Honor Building
325 Cedar Street, St. Paul, Minnesota 55101
(651) 223-8000
Fax (651) 223-8003

TIMOTHY K. MASTERSON
Direct Dial: (651) 292-3346
(E-mail) mastersont@srsg.net

MEGAN K. RICKE
Admitted in MN, WI

PATRICK J. SWEENEY
Admitted in MN, WI, CA, CO

JULIUS W. GERNES
Admitted in MN, WI

GLENN OLANDER-QUAMME
Admitted in MN, WI

PATRICIA R. MONSON
Admitted in MN, ND

TIMOTHY K. MASTERSON
Admitted in MN, WI

RODNEY A. HONKANEN
Admitted in MN, WI

ALFONSE J. COCCHIARELLA
Admitted in MN, WI

SCOTT H. RAUSER
Admitted in MN, WI

JOANN C. TOTH
Admitted in MN, ND, WI

DIANE P. GERTH
Admitted in MN, WI

PATRICIA L. STURINO
Admitted in MN, WI

THOMAS W. SPENCE
Of Counsel

TERRIE J. WILLIAMS
SHARI A. WILLIAMS
HELEN A. ROEN
LISA J KRUEGER
CORINNE J. THILL
Paralegals

December 7, 2007

RECEIVED
DEC 11 2007

Michael E. Kunz, Clerk of Court
U. S. District Court for the Eastern
District of Pennsylvania
U. S. Courthouse
601 Market Street, Room 2609
Philadelphia, PA 19106-1797

Re: **Edward Reisenauer v. Soo Line Railroad Company**
**Court File No.: 01-1645 JMR/FLN**
**Our File No.: 3706**

Dear Mr. Kunz:

Enclosed please find the parties' Stipulation of Dismissal with Prejudice and Order regarding the above matter. Please file the document and forward the same to Judge Giles for his review and approval. If the Stipulation meets with his approval, we ask that he sign the order dismissing the matter and that the Order be filed with your office. Counsel for the parties would appreciate receiving a copy of the Stipulation and Order showing its docket information.

Thank you.

Very truly yours,

Timothy K. Masterson

TKM:tw
Enclosure

c: Mark J. Fellman, Esq.

s:\reisenauer, ed\letters\court03.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

RECEIVED
BY MAIL
DEC 20 2007
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

enclosure: